UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN HICKS,<br><br>    Plaintiff,<br><br>    v.<br><br>CALIFORNIA STATE PRISON DVI,<br><br>    Defendant. | No. 2:15-cv-0871 KJN P<br><br>ORDER |

Plaintiff consented to proceed before the undersigned for all purposes. See 28 U.S.C. § 636(c). By order filed November 12, 2015, plaintiff's complaint was dismissed and thirty days leave to file an amended complaint was granted. Plaintiff was warned that failure to file an amended complaint may result in the dismissal of this action. (ECF No. 19 at 10.) Thirty days from that date have now passed, and plaintiff has not filed an amended complaint, or otherwise responded to the court's order.

Accordingly, IT IS HEREBY ORDERED that this action is dismissed without prejudice. See Local Rule 110; Fed. R. Civ. P. 41(b).

Dated: March 30, 2016

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/hick0871.fta

1